# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 5D25-3262
LT Case No. 09-2022-DP-166

———————————————

T.Y., MOTHER of R.L.Y.-O.,
H.C.O., IV, S.A.O., H.J.O. and
J.A.O., MINOR CHILDREN,

     Appellant,

     v.

DEPARTMENT of CHILDREN and
FAMILIES,

     Appellee.

———————————————

On appeal from the Circuit Court for Citrus County.
Richard A. Howard, Judge.

Scott Timothy Smith, Brooksville, for Appellant.

Rachel Batten, of Children's Legal Services, Department of
Children and Families, Brooksville, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, of
Guardian ad Litem, Tallahassee, and Rebecca A. Rodriguez,
Sophie M. Labarge, and Esther A. Veloz, of Nelson Mullins Riley
& Scarborough, LLP, Fort Lauderdale, for Guardian ad Litem
Program.

March 17, 2026

PER CURIAM.

AFFIRMED.

MAKAR, WALLIS, and BOATWRIGHT, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————